# Court of Appeals
# of the State of Georgia

ATLANTA,___August 26, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A2248.     RUFUS MAZYCK v. JP MORGAN CHASE BANK ASSOCIATION.**

JP Morgan Chase Bank Association filed a dispossessory action against Rufus Mazyck in magistrate court. Following an adverse judgment, Mazyck appealed to the state court, which entered final judgment and a writ of possession in favor of JP Morgan. Mazyck then appealed directly to this Court. We, however, lack jurisdiction.

Because the order to be appealed disposes of a de novo appeal from a magistrate court decision, Mazyck was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,_08/26/2014_____
   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
   Witness my signature and the seal of said court hereto affixed the day and year last above written.


_____ , Clerk.